UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GIULIANA POTENZIANI,

                Plaintiff,        RULE 7.1 STATEMENT

  -against-

                              07 Civ. 7286 (SCR) WP

METRO-NORTH COMMUTER RAILROAD,

                Defendant.
-----------------------------------------------------------X

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation. (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992).)

Accordingly, Rule 7.1 does not apply to Metro-North.

Dated: New York, New York          RICHARD K. BERNARD
       September 5, 2007            GENERAL COUNSEL

                                       BY:__S/_____
                                        José R. Rios - JRR/5785
                                        Attorneys for Defendant
                                        347 Madison Avenue
                                        New York, New York  10017
                                        212-340-2537