UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

GIULIANA POTENZIANI,

                  Plaintiff,

                                                                                                     07 CIVIL 7286 (SCR )

    -against-

METRO-NORTH COMMUTER RAILROAD
                  Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:    Ira M. Maurer

☒   *Attorney*

    ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        IM0337

    ☐   I am a Pro Hac Vice attorney

    ☐   I am a Government Agency attorney

☐   *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ .

☒   **CHANGE OF ADDRESS**
    *Address:*   1025 Westchester Avenue, Ste. 106, White Plains, NY 10604

☒   *Telephone Number:*   914- 948-3352

☒   *Fax Number:*   914-948-3355

☐   *E-Mail Address:* _____

Dated: 2-20-08                         *[signature]*