**CAHILL, GOETSCH & MAURER, P.C.**
ATTORNEYS AT LAW
1025 WESTCHESTER AVENUE
WHITE PLAINS, NY 10604
TEL: 914-948-3352 (FELA)
FAX: 914-948-3355

IRA M. MAURER†
ira@trainlaw.com
†Admitted in New York only

CONNECTICUT OFFICE:
43 TRUMBULL STREET
NEW HAVEN, CT 06511
TEL: 203-777-1000
FAX: 203-865-5904
info@trainlaw.com

[Stamp: U.S.D... SEP 1 2 2008 S.D...]

September 10, 2008

**BY FAX 914-390-4085**
Honorable Cathy Seibel
U.S. District Court, SDNY
300 Quarropas Street
White Plains, NY 10601

      RE:    Potenziani v. Metro-North Commuter Railroad
               07 Civ 7286 (CS)(LMS)

Dear Judge Seibel:

      This will confirm that a final pre-trial conference has been scheduled by the Court in the above-referenced matter for Friday, October 3rd at 9:30 A.M.

                                              Respectfully,

                                              Ira M. Maurer, Esq.

IMM/im
Cc: Jose R. Rios, Esq.

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: _____]